# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

127646

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
Robert P. Young, Jr.
      Plaintiff-Appellee,
Stephen J. Markman,
Justices

v

SC: 127646
COA: 257133
Oakland CC: 2003-188194-FC

DAVID SHANNON ENGELBERT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 29, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would remand this case for resentencing.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005 _____

_____
Clerk

p1026